No. 78–5922.  RIGGSBEE *v.* ROMERO, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 78–5967.  McLAIN *v.* MORRIS, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 78–5985.  HERRERA *v.* NEW MEXICO.  Sup. Ct. N. M. Certiorari denied.

No. 78–6000.  ZEPEDA *v.* STAHL, SHERIFF.  C. A. 4th Cir. Certiorari denied.

No. 78–6005.  WASHINGTON *v.* CUPP, PENITENTIARY SUPERINTENDENT.  C. A. 9th Cir.  Certiorari denied.

No. 78–6011.  SNEAD *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 78–6030.  MOORE *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 78–6068.  LANDRUM *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–6069.  CASSASA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 78–6071.  ROBERTS *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 78–6087.  PAUL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–6093.  MASON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 78–6107.  COLE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.